COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 November 2, 2016
 No. 10-16-00299-CV
 IN THE INTEREST OF E.O., A CHILD
 
 center-4254500
 From the 85[th] District Court
 Brazos County, Texas
 Trial Court No. 15-001044-CV-85
 
--------------------------------------------------------------------------------
JUDGMENT

Luis Gallegos's motion to dismiss the appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 There being no agreement of the parties as to costs, it is further ordered that costs of this appeal are taxed against Luis Gallegos.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk